**Order entered October 7, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00801-CV

### IN RE FREDERICK ALTYMAN BROWN, JR., Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-20105**

### ORDER
Before Justices Schenck, Nowell and Garcia

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus, and **DENY** relator's stay motion as moot.


/s/  DENNISE GARCIA
   JUSTICE